# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Octavio Andree ESPINO Torres,<br><br>    Defendant. | Case No.:  '22 MJ02090<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 07, 2022, within the Southern District of California, Octavio Andree ESPINO Torres did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Guillermo Diaz
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th day of June 2022.

Hon. Karen S. Crawford
United States Magistrate Judge

# STATEMENT OF FACTS

On June 7, 2022, at approximately 1:45 PM, Octavio Andree ESPINO Torres, ("ESPINO"), a Mexican national, presented his border crossing card and applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #10. ESPINO was the driver, sole occupant, and registered owner of a 2016 Nissan Versa ("the vehicle") bearing Baja California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from ESPINO. ESPINO stated he was crossing the border to go to the Las Americas Mall in San Ysidro, California. A CBPO inspected the trunk area of the vehicle and discovered packages behind concealed behind the quarter panel covers. The vehicle was referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear doors and rear quarter panels of the vehicle.

A Canine Enforcement Team was conducting secondary operations when the Human and Narcotic Detection Dog alerted to the rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 45 packages concealed in the rear doors and rear quarter panels of the vehicle, with a total

approximate weight of 29.34 kgs (64.68 lbs).  A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

ESPINO was placed under arrest at approximately 6:00 PM.

During a post-Miranda interview, ESPINO denied knowledge that the narcotics were in the vehicle.  ESPINO stated that he was going to Las Americas in order to purchase a suit.

ESPINO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.